UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br>Plaintiff,<br>v.<br>DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 26-2928 (CKK) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Devin Iorio and remove the appearance of Assistant United States Attorney Zack Lindsey as counsel for Defendant in the above-captioned case.

Dated: September 28, 2026

Respectfully submitted,

By: *Is/ Devin Iorio*

DEVIN IORIO, D.C. Bar No. 90028306
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
202- 252-0840

*Attorney for the United States of America*