IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 26-2928 (CKK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Defendant, U.S. Department of Justice ("DOJ" or "the Department"), and Plaintiff, Democratic National Committee ("DNC"), by and through their respective counsel, hereby submit this joint status report ("JSR").

On August 20, 2026, the DNC filed its Complaint, which seeks the release of records responsive to Plaintiff's February 6, 2026 FOIA requests to the Federal Bureau of Investigation ("FBI" or "the Bureau") and the Department's Criminal Division ("CRM"). *See* Compl. (ECF No. 1). The DNC's FOIA requests seek records pertaining to "planned, anticipated, or potential inspection or seizure of election materials—with or without a warrant—to be conducted in the period beginning 30 days before a federal primary or general election" and ending with "the certification of such election by appropriate state election officials." *Id.* ¶¶ 34, 47. CRM concluded that other components of DOJ may maintain records related to Plaintiff's request and routed the request to DOJ's Civil Rights Division ("CRT") and Office of Information Policy ("OIP"). *Id.* ¶ 52. Defendant filed its Answer on September 28, 2026. *See* Answer (ECF No. 15).

In light of upcoming holiday leave, the parties respectfully request that the next joint status reports updating the Court on the status of their engagement be due on December 1, 2026, December 15, 2026, January 5, 2027 and then return to a 14-day period in accordance with the Court's October 16, 2026 Minute Order.

**Statement of the Democratic National Committee**

The DNC provides the following update for each DOJ component below:

Thirty days ago, the FBI told this Court that it "anticipates being able to provide an update within the next 30 days." *See* Oct. 14 Rep. 5 (ECF No. 16). Thirty days have now passed and the FBI once again provides no substantive update. Rather, the Bureau merely "anticipates being able to provide an update within the next two weeks." As noted above, the FBI received the DNC's FOIA request in February. The DNC requested to meet and confer with the FBI to address the scope of its search, but the Bureau declined on the ostensible basis that its search is ongoing. The DNC then requested the FBI to share its search terms, but the Bureau declined, once again on the ostensible basis that its search is ongoing. Given the issues raised below regarding the search terms CRT used, a meeting between the parties would generate laudable efficiencies and avoid unnecessary motion practice

With respect to CRM and CRT, the DNC previously expressed concerns that these divisions failed to undertake a reasonable search FOIA requires. *See* Oct. 14 Rep. 2–3; Oct. 30 Rep. 2 (ECF No. 19). The DNC requested to meet and confer with CRM and CRT to discuss scoping and search terms. Here again, DOJ rejected collaboration. The DNC then requested the CRM and CRT provide the search terms they used. A week later, CRT provided a single search string: "(seiz* or inspect*) w/20 (ballot or election or "voting machine*)." This string alone does not establish a "reasonable" search for documents responsive to the DNC's request. *See* Compl.

Ex. 4 (ECF No. 1-4) (addressing warrants and additional voting system components). To date, CRM has provided nothing.

And so once again, a meeting between the parties would generate laudable efficiencies and avoid unnecessary motion practice.

OIP acknowledged the DNC's FOIA request in February 2026, and nearly nine months later, OIP has finished its initial search and continues to provide no substantive information on the results. Rather, it provides the same statement it offered this Court in the last status report. *Compare* Oct. 30 Rep. 3 *with* Def.'s Statement ¶ 4, *infra*. The DNC previously offered to "meet and confer with OIP to discuss scoping and search terms." *See* Oct. 14 Rep. 4. As with the other components, OIP rejected the DNC's request despite previously stating "OIP further intends to confer with Plaintiff, as applicable." *See* Oct. 30 Rep. 3. The DNC continues to believe a believe a meeting between the parties would generate laudable efficiencies and avoid unnecessary motion practice.

**Statement of Defendant**

**FBI:** FBI is continuing to conduct searches for potentially responsive records and anticipates being able to provide an update within the next two weeks. FBI will provide Plaintiff with the search terms and parameters used upon completion of its search.

**CRM:** CRM has issued its final response to Plaintiff and concluded it does not possess records responsive to the request.

**CRT:** CRT has issued its final response to Plaintiff and concluded it does not possess records responsive to the request. CRT, through undersigned counsel, has provided Plaintiff with the search terms and parameters used in its search.

**OIP:** As previously reported, OIP has designed its search for records potentially responsive to Plaintiff's FOIA request. OIP's initial search is now completed, and OIP is continuing to review the results of its search to determine whether any records are responsive to Plaintiff's FOIA request. OIP further intends to confer with Plaintiff, as applicable, regarding potential scoping and/or narrowing agreements. In light of the current status of the proceedings, it is not yet possible to estimate the anticipated number of records responsive to Plaintiff's FOIA request to OIP, or the anticipated date(s) for release of any responsive records.

Dated: November 13, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Nicolas F. Garcia*
Daniel J. Freeman
(Bar No. 90038422)
Nicolas F. Garcia*†
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 860-8000
freemand@dnc.org
garcian@dnc.org

Benjamin B. Klubes
(Bar No. 428852)
Adam Milller
(Bar No. 496339)
Klubes Law Group
1717 K Street NW, Suite 9000
Washington, DC 20006
(202) 753-5054
bklubes@kblueslaw.com
amiller@klubeslaw.com

*Admitted *pro hac vice*.
†*Not admitted to the D.C. Bar. Admitted to the bars of New York and Florida only. Practice in the District of Columbia is strictly limited to in-house counsel services for the Democratic National Committee pursuant to D.C. App. R. 49(c)(6) and matters before U.S. courts pursuant to D.C. App. R. 49(c)(3).*

*Attorneys for the Democratic National Committee*

By: /s/ *Devin Iorio*
DEVIN IORIO, D.C. Bar No. 90028306
Assistant United States Attorney U.S. Attorney's Office for the District of Columbia 601 D Street, NW Washington, DC 20530
(202) 252-0840

*Attorneys for the United States of America*